UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:	Case No. 14-43778

    Tiffany L McCrary

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/08/2014.

2) The plan was confirmed on 03/06/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/25/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/20/2015, 02/26/2016.

5) The case was dismissed on 04/15/2016.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,600.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,770.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$6,770.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,793.98 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $264.03 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,058.01** |

Attorney fees paid and disclosed by debtor:   $190.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAS SERVICING CO | Secured | 6,509.79 | 6,509.79 | 6,509.79 | 0.00 | 0.00 |
| AMERICAS SERVICING CO | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 0.00 | 692.67 | 692.67 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 300.00 | 331.95 | 331.95 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 21,777.00 | 21,777.00 | 21,777.00 | 2,905.28 | 806.71 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 0.24 | 0.24 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,000.00 | 1,724.91 | 1,724.91 | 0.00 | 0.00 |
| DAN DEVELOPMENT LTD | Unsecured | NA | 3,687.98 | 3,687.98 | 0.00 | 0.00 |
| DIRECTV | Unsecured | 347.99 | 157.31 | 157.31 | 0.00 | 0.00 |
| GETTINGTON | Unsecured | 405.00 | 244.66 | 244.66 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | NA | 314.50 | 314.50 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 524.59 | 524.59 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 3,000.00 | 2,605.99 | 2,605.99 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 1,421.40 | 1,421.40 | 1,421.40 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 326.88 | 326.88 | 326.88 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 13,431.08 | 13,431.08 | 13,431.08 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA AUTO | Unsecured | 0.00 | 2,030.47 | 2,030.47 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,866.00 | 1,943.13 | 1,943.13 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 490.00 | 533.88 | 533.88 | 0.00 | 0.00 |
| MARIAN CATHOLIC HIGH SCHOOL | Unsecured | 4,800.00 | 6,200.00 | 6,200.00 | 0.00 | 0.00 |
| MID AMERICA BANK & TRUST | Unsecured | 450.00 | 450.62 | 450.62 | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 83.90 | 83.90 | 83.90 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 5,289.39 | 5,289.39 | 5,289.39 | 0.00 | 0.00 |
| PHEAA | Unsecured | 97,087.00 | 98,818.68 | 98,818.68 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,751.00 | 1,787.82 | 1,787.82 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,010.00 | 1,010.99 | 1,010.99 | 0.00 | 0.00 |
| VISTANA FOUNTAINS II CONDO ASS | Unsecured | 537.44 | NA | NA | 0.00 | 0.00 |
| THE PEDIATRIC FACULTY FOUNDAT | Unsecured | 4,112.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP LLC/NC | Unsecured | 755.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL GROUP | Unsecured | 740.79 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 3,182.16 | NA | NA | 0.00 | 0.00 |
| MARK MATTSON LLC/MARK REALT | Unsecured | 8,274.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 110.45 | NA | NA | 0.00 | 0.00 |
| BUCKEYE CHECK CASHING/FIRST LC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 202.78 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING/RBS C | Unsecured | 998.52 | NA | NA | 0.00 | 0.00 |
| FNCC/LEGACY VISA | Unsecured | 1,795.00 | NA | NA | 0.00 | 0.00 |
| GECRB/CARE CREDIT | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| GENERAL REVENUE/OLIVET NAZAR | Unsecured | 1,188.00 | NA | NA | 0.00 | 0.00 |
| GETTINGTON.COM | Unsecured | 206.15 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD/NORTHWEST | Unsecured | 229.52 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/GETTINGTON | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWICK OFFICE CENTER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SVO PORTFOLIO SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 12,241.00 | 12,791.70 | 12,791.70 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $11,799.18 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $21,777.00 | $2,905.28 | $806.71 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$33,576.18** | **$2,905.28** | **$806.71** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $16,037.07 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$16,037.07** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$135,078.28** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,058.01 |
| Disbursements to Creditors | $3,711.99 |
| **TOTAL DISBURSEMENTS** : | **$6,770.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/17/2016        By: /s/ Glenn Stearns
                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**